UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES WOOD,

        Plaintiff,

Case No.: 8:10CV1979 T27 TBM

vs.

GC SERVICES, LP,

        Defendant.    /

## ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND TO THE COMPLAINT ON BEHALF OF GC SERVICES, LP

*NOW COMES* the Defendant, GC Services, LP ("GC Services"), by its undersigned attorneys, and for its Answer to the Complaint, alleges and states as follows:

### NATURE OF ACTION

1. Answering paragraph 1 of the Complaint, admits only that Plaintiff's Complaint purports to allege federal claims pursuant to the Federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, and the Federal Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. Answering further, denies the remaining allegations in paragraph 1.

### JURISDICTION AND VENUE

2. Answering paragraph 2 of the Complaint, asserts that it calls for a legal conclusion for which no response is required. In the event a response is required, admits only that Plaintiff's Complaint purports to allege a federal claim pursuant to the FDCPA, which invokes federal subject matter jurisdiction within this District Court. Answering further, denies the remaining allegations in paragraph 2.

3. Answering paragraph 3 of the Complaint, asserts that it calls for a legal conclusion for which no response is required. In the event a response is required, asserts that the phrases "Plaintiff resides in this district" and "Defendant transacts business" is vague and ambiguous. Answering further, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations in paragraph 3 and; therefore, denies same.

**PARTIES**

4. Answering paragraph 4 of the Complaint, asserts that it calls for a legal conclusion for which no response is required. In the event a response is required, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations in paragraph 4 and; therefore, denies same.

5. Answering paragraph 5 of the Complaint, asserts that it calls for a legal conclusion for which no response is required. In the event a response is required, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations in paragraph 5 and; therefore, denies same.

6. Answering paragraph 6 of the Complaint, admits only that it contacted Plaintiff regarding collection of an unpaid, outstanding account balance and that from time to time it uses the mail and telephone as part of its business. Answering further, denies that it is a corporation. Answering further, lacks knowledge and/or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 6 and; therefore, denies same.

7. Answering paragraph 7 of the Complaint, asserts that it calls for a legal conclusion for which no response is required. In the event a response is required, admits only that it collects on unpaid, outstanding account balances, but denies knowledge and/or

information sufficient to form a belief as to for what purpose the balances were incurred. Answering further, lacks knowledge and/or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 7 and; therefore, denies same.

### **FACTUAL ALLEGATIONS**

8. Answering paragraph 8 of the Complaint, asserts that it calls for a legal conclusion for which no response is required. In the event a response is required, admits only that Plaintiff was contacted regarding collection of an unpaid, outstanding account balance owed to another. Answering further, lacks knowledge and/or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 8 and; therefore, denies same.

9. Answering paragraph 9 of the Complaint, asserts that it calls for a legal conclusion for which no response is required. In the event a response is required, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations in paragraph 9 and; therefore, denies same.

10. Answering paragraph 10 of the Complaint, asserts that it calls for a legal conclusion for which no response is required. In the event a response is required, admits only that Plaintiff was contacted regarding collection of an unpaid, outstanding account balance owed to another. Answering further, lacks knowledge and/or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 10 and; therefore, denies same.

11. Answering paragraph 11 of the Complaint, asserts that it calls for a legal conclusion for which no response is required. In the event a response is required, denies the allegations contained in paragraph 11.

12. Answering paragraph 12 of the Complaint, admits only that it contacted Plaintiff regarding collection of an unpaid, outstanding account balance. Answering further, lacks knowledge and/or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 12 and; therefore, denies same.

13. Answering paragraph 13 of the Complaint, admits only that it contacted Plaintiff regarding collection of an unpaid, outstanding account balance. Answering further, lacks knowledge and/or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 13 and; therefore, denies same.

14. Answering paragraph 14 of the Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein and; therefore denies same.

15. Answering paragraph 15 of the Complaint, asserts that it calls for a legal conclusion for which no response is required. In the event a response is required, denies the allegations contained in paragraph 15.

## COUNT I

16. Answering paragraph 16 of the Complaint, repeats, realleges and incorporates herein by reference its responses to the preceding paragraphs of the Complaint.

17. Answering paragraph 17 of the Complaint, alleges that it calls for legal conclusions for which no response is required. In the event a response is required, denies

that judgment should be entered against it, denies violating any law, denies that Plaintiff is entitled to any damages, and denies that Plaintiff is entitled to any costs, fees or relief. Answering further, denies the remaining allegations contained in subparagraphs (a) – (f) of paragraph 17.

## COUNT II

18. Answering paragraph 18 of the Complaint, repeats, realleges and incorporates herein by reference its responses to the preceding paragraphs of the Complaint.

19. Answering paragraph 19 of the Complaint, alleges that it calls for legal conclusions for which no response is required. In the event a response is required, denies that judgment should be entered against it, denies violating any law, denies that Plaintiff is entitled to any damages, and denies that Plaintiff is entitled to any costs, fees or relief. Answering further, denies the remaining allegations contained in subparagraphs (a) – (f) of paragraph 19.

## COUNT III

20. Answering paragraph 20 of the Complaint, repeats, realleges and incorporates herein by reference its responses to the preceding paragraphs of the Complaint.

21. Answering paragraph 21 of the Complaint, alleges that it calls for legal conclusions for which no response is required. In the event a response is required, denies that judgment should be entered against it, denies violating any law, denies that Plaintiff is entitled to any damages, and denies that Plaintiff is entitled to any costs, fees or relief. Answering further, denies the remaining allegations contained in subparagraphs (a) – (f) of paragraph 21.

## COUNT IV

22. Answering paragraph 22 of the Complaint, repeats, realleges and incorporates herein by reference its responses to the preceding paragraphs of the Complaint.

23. Answering paragraph 23 of the Complaint, alleges that it calls for legal conclusions for which no response is required. In the event a response is required, denies that judgment should be entered against it, denies violating any law, denies that Plaintiff is entitled to any damages, and denies that Plaintiff is entitled to any costs, fees or relief. Answering further, denies the remaining allegations contained in subparagraphs (a) – (f) of paragraph 23.

## COUNT V

24. Answering paragraph 24 of the Complaint, repeats, realleges and incorporates herein by reference its responses to the preceding paragraphs of the Complaint.

25. Answering paragraph 25 of the Complaint, alleges that it calls for legal conclusions for which no response is required. In the event a response is required, denies that judgment should be entered against it, denies violating any law, denies that Plaintiff is entitled to any damages, and denies that Plaintiff is entitled to any costs, fees or relief. Answering further, denies the remaining allegations contained in subparagraphs (a) – (f) of paragraph 25.

## TRIAL BY JURY

26. Answering paragraph 26 of the Complaint, lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained therein and; therefore denies same.

## AFFIRMATIVE DEFENSES

1.   Plaintiff's Complaint fails to state a claim and/or cause of action upon which relief may be granted.

2.   Plaintiff failed to mitigate his damages.

3.   Any violation of law, which Defendant denies occurred, was not intentional and was the result of a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error. Those procedures include, but are not limited to, training provided to Defendant's employees.

4.   In the event a violation of law occurred, which Defendant denies did, the violation was not material.

5.   Defendant did not proximately cause Plaintiff's alleged damages.

6.   Plaintiff's claims against Defendant are barred by the doctrines of acquiescence and/or consent.

7.   Plaintiff's claims may be barred by the doctrines of preclusion and/or unclean hands.

8.   Plaintiff's claims against Defendant may be subject to arbitration.

*WHEREFORE*, Defendant, GC Services, LP, having fully responded, prays the Court dismiss Plaintiff's action with prejudice, order that Plaintiff take nothing thereby, and award Defendant its attorneys fees and costs incurred herein, as well as any additional equitable relief the Court deems fit.

## JURY DEMAND

Defendant demands a jury trial pursuant to Rule 38.

## **CERTIFICATE OF SERVICE**

I hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 2, 2010.

Respectfully submitted,

HINSHAW & CULBERTSON, LLP

*s/ Robert E. Sickles*
Robert E. Sickles, P.A.
rsickles@hinshawlaw.com
Florida Bar No. 167444
HINSHAW & CULBERTSON, LLP
100 South Ashley Drive, Suite 500
Tampa, Florida 33602-5301
Tel:    813-276-1662
Fax:    813-276-1956
*Attorneys for Defendant GC Services, LP*