IN THE DISTRICT COURT IN AND FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:10-cv-01979-JDW-TBM

JAMES WOOD JR.,

    Plaintiff,

v.

GC SERVICES, LP,

    Defendant.
_____/

## AFFIDAVIT OF JAMES WOOD, JR.

1. I am James Wood, Jr., and I am the plaintiff in this lawsuit. I am over 21 years of age, of sound mind, and have personal knowledge of the facts of this lawsuit as stated herein.

2. My cellular telephone number is 727-236-1345.

3. On June 15, 2011, GC Services, LP, initiated a telephone call to my cellular telephone number (727-236-1345), and using an artificial or prerecorded voice delivered the following message:

> Please call me at 1-800-605-5768 between the hours of 8 AM and
> 9 PM Monday through Thursday, 8 AM and 7 PM Friday, and 8
> AM and 12 PM PST

4. The telephone number included in GC Services, LP's June 15, 2010 voice message (1-800-605-5768) connects to GC Services, LP.

5. On June 21, 2010, GC Services, LP, initiated a telephone call to my cellular telephone number (727-236-1345), and delivered the following message:

> Hello this message is for James Wood Jr. My name is Ellen.
> Please, return my call at 1-866-477-8608 as soon as possible, thank
> you.

6. On June 23, 2010, GC Services, LP, initiated a telephone call to my cellular telephone number (727-236-1345), and delivered the following message:

> This message is for James Wood. Please return my call at 1-866-477-8608.

7. On June 29, 2010, GC Services, LP, initiated a telephone call to my cellular telephone number (727-236-1345), and delivered the following message:

> Hello, this message is for James Wood Jr. My name is Katherine. Please, return my call at 1-866-477-8608. Thank you, have a great day.

8. On June 30, 2010, GC Services, LP, initiated a telephone call to my cellular telephone number (727-236-1345), and delivered the following message:

> Hello, this message is for James Wood Jr. My name is Sherry. Please return my call as soon as possible at 1-866-477-8608, thank you.

9. My cellular telephone's voicemail system is capable of recording voice messages such as the voice messages that GC Services, LP delivered to my cellular telephone number.

10. My cellular telephone's voicemail system records voice messages in real time, and documents the time and day when each voice message was left.

11. The voice messages referenced herein are true and accurate transcriptions of the voice messages that GC Services, LP delivered to my cellular telephone number (727-236-1345).

12. No changes, modifications, additions, or deletions have been made to the substance of the voice messages referenced herein.

13. I did not receive any communication from GC Services, LP, prior to receiving the voice messages that GC Services, LP delivered to my cellular telephone number (727-236-1345).

14. At no point did GC Services, LP attempt to contact me at a telephone number other than my cellular telephone number (727-236-1345).

15. The only obligation to Wells Fargo that I have incurred is that regarding a loan that I obtained for the purpose of purchasing an automobile for personal use.

16. I used the loan that I obtained from Wells Fargo to purchase the automobile that I now use for personal purposes.

17. I am not obligated, nor was I obligated, to any creditor, regarding an obligation not incurred primarily for personal, family, or household purposes.

18. I have carefully reviewed "Plaintiff's Motion for Partial Summary Judgment," and upon my personal knowledge state that the facts contained therein are true and correct.

19. I declare under penalty of perjury that the foregoing is, within my knowledge, true and correct.

By: _____ Date: 9/28/11
James Wood, Jr.

BEFORE ME, the undersigned authority, personally appeared James Wood, Jr. this day and he acknowledged to and before me that he executed the same for the purposes therein expressed.

WITNESS my hand and seal in the County of __Pasco__ and State of __FL__, this _28_ day of __September__, 2011.

_____
(Signature of Notary Public.)

TINA MATIYOSUS
MY COMMISSION # EE 121020
EXPIRES: September 14, 2015
Bonded Thru Notary Public Underwriters

3