UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES WOOD,

    Plaintiff,

v().                                  Case No.:  8:10-cv-1979 T27 TBM

GC SERVICES, LP,

    Defendant.
_____/

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that the above-styled action is scheduled for mediation as follows:

    **Date:**    April 16, 2012

    **Time:**    9:00 a.m.

    **Location:**    First Choice Reporting
                      Tampa City Center – Verizon Building
                      201 North Franklin Street, Suite 1775
                      Tampa, FL 33602

    **Mediator:**    James R. Betts, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 3, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Alex D. Weisberg, Esq.
    Weisberg & Meyers, LLC
    5722 S. Flamingo Road
    Suite 656
    Cooper City, FL 33330
    aweisberg@attorneysforconsumers.com

Case 8:10-cv-01979-JDW-TBM   Document 108   Filed 04/03/12   Page 2 of 2 PageID 1495

*s/Robert E. Sickles*
Robert E. Sickles
Florida Bar No. 0167444
rsickles@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
100 South Ashley Drive, Suite 500
Tampa, Florida 33602
813-276-1662 – T
813-276-1956 – F

and

Carlos A. Ortiz
cortiz@hinshawlaw.com
Bar No. 6293505 (IL)
***ADMITTED PRO HAC VICE***
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
312-704-3000 – T
312 -704-3001 – F
*Counsel for Defendant*