UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES WOOD,
    Plaintiff,

v.                                CASE NO.: 8:10-cv-01979-JDW-TBM

GC SERVICES, LP,
    Defendant.
_____/

### MEDIATOR'S NOTICE OF SETTLEMENT

    James R. Betts, the undersigned mediator, advises this court that the parties' mediation conference on April 16, 2012, attended by Donna J. Buchholz, Esq., Mr. James Wood, Carlos A. Ortiz, Esq., and Joe Van Nest, Esq., resulted in a complete settlement.

### Certificate of Service

    I hereby certify that on April 16, 2012 I electronically filed a copy of this notice with the Clerk of the District Court, and served true copies of this notice upon the following:

| | |
|---|---|
| Alexander D. Weisberg, Esq. | Donna J. Buchholz, Esq. |
| Fax: (866) 577-0963 | Fax: (813) 839-4999 |
| | |
| Carlos A. Ortiz, Esq. | Robert E. Sickles, Esq. |
| Fax: (312) 704-3001 | Fax: (813) 276-1956 |

by using the CM/ECF system.

_____
James R. Betts, Esq.
FBN 327786
Mediation Cert. #10773R
710 S. Boulevard
Tampa, Florida 33606-2903
(813) 254-3302
(813) 254-5322 fax
JBETTS@TAMPABAY.RR.COM